IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LOUIS MIRANDA,                       No. 2:06-cv-00333-MCE-CHS

       Petitioner,

   vs.                                      <u>ORDER</u>

THOMAS L. CAREY, Warden,
et al.,

       Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 29, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations may have been filed after ten (10) days.

1

Respondents have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case. Having reviewed the entire file, the Court finds the action should be administratively stayed pending the Ninth Circuit's decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, 527 F.3d. 797 (9th Cir. 2008). The parties are directed to notify the Court within ten (10) days after a decision in Hayward is rendered. The Court will thereafter make a determination with respect to the February 20, 2009 findings and recommendations, and how this matter should proceed.

IT IS SO ORDERED.

Dated: August 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2