IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LOUIS MIRANDA,

Petitioner, No. CIV S-06-0333 MCE CHS P

vs.

THOMAS L. CAREY, Warden, et al.,

Respondents. ORDER

_________________________/

Petitioner, a state prisoner proceeding in forma pauperis, sought relief pursuant to 28 U.S.C. § 2254. This action was terminated on August 19, 2009. On September 21, 2009, petitioner filed a notice of appeal and on October 1, 2009, a motion for leave to proceed in forma pauperis on appeal.

Rule 24 of the Federal Rules of Appellate Procedure provides as follows:

> a party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. 24. Since the district court has not certified that petitioner's appeal is not taken in good faith or otherwise found that petitioner is not entitled to proceed on appeal in forma pauperis, petitioner's motion for leave to proceed in forma pauperis on appeal will be denied as

unnecessary.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's October 1, 2009, motion to proceed in forma pauperis on appeal is denied as unnecessary. See Fed. R. App. P. 24.

2. The Clerk of the Court is directed to process petitioner's September 21, 2009, notice of appeal.

DATED: October 6, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE